UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEEL FILMS LIMITED,

                Plaintiff,

-against-

AP PRODUCTION SERVICES, INC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2021

21 Civ. 451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for September 21, 2021, is ADJOURNED *sine die*, pending resolution of the pre-motion letter filed at ECF No. 38.

    SO ORDERED.

Dated: September 17, 2021
       New York, New York

ANALISA TORRES
United States District Judge