```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/23/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEEL FILMS LIMITED,

                        Plaintiff,

-against-

AP PRODUCTION SERVICES, INC,

                        Defendant.

21 Civ. 451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters dated September 15 and 22, 2021, ECF Nos. 38, 42. Accordingly:

1. By **October 28, 2021**, Defendant shall file its motion for summary judgment;
2. By **November 18, 2021**, Plaintiff shall file its opposition papers; and
3. By **Decemeber 2, 2021**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                                     ANALISA TORRES
                                                   United States District Judge